USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/12/2019

**MEMO ENDORSED**



Cohen & Mizrahi LLP

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

June 11, 2019

**VIA ECF**
Honorable Judge Carter
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re:   Dawson v. Leslie Feely Fine Art, LLC; Case No. 1:19-cv-00525-ALC

To the Honorable Judge Carter,

The undersigned represent Plaintiff Deshawn Dawson (hereinafter "Plaintiff") in this matter, which involves claims asserted under the Americans with Disabilities Act, 42 U.S.C. §12101.

The parties have stipulated to extend Defendant's time to respond to the Complaint, as Plaintiff was recently contacted by counsel for the Defendant and is in the process of being retained. At this time, the undersigned respectfully requests that the Court grant Defendant 30 Days to appear or otherwise respond to the Complaint.

Thank you for your time and consideration of the above request.

SO ORDERED:

_/s/ Andrew L. Carter_
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
June 12, 2019

Respectfully submitted,

/s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.