UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

DESHAWN DAWSON, on behalf of himself and all others similarly situated,

                            Case No.: 19-cv-00525-ALC

                          **Plaintiffs,**

        -against-

**LESLIE FEELY FINE ART, LLC,**

                          **Defendant.**

-----------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

Please enter the appearance of Joseph J. DiPalma, from the law firm of Jackson Lewis P.C. as attorneys for Defendant, Leslie Feely Fine Art, LLC, in this action.

                          Joseph J. DiPalma, Esq.
                          JACKSON LEWIS P.C.
                          44 South Broadway, 14th Floor
                          White Plains, New York 10601
                          Tel: (914) 872-6920
                          Fax: (914) 946-1216
                          joseph.dipalma@jacksonlewis.com

                    By:    */s/ Joseph J. DiPalma*
                            Joseph J. DiPalma, Esq.
                            *ATTORNEYS FOR DEFENDANT*

Dated: July 10, 2019
       White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DESHAWN DAWSON, on behalf of himself and all
others similarly situated,

                                                                                                            Case No.: 19-cv-00525-ALC

                                           **Plaintiffs,**

                    **-against-**

**LESLIE FEELY FINE ART, LLC,**

                                              **Defendant.**

------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Defendant's Notice of Appearance has been filed via ECF and served via U.S. First Class Mail on the 10th day of July 2019 on Plaintiff at the address set forth below:

Joseph H Mizrahi
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
(929)-575-4175
*Attorneys for Plaintiff*

                                                                           */s/ Joseph J. DiPalma*
                                                                           Joseph J. DiPalma