**MEMO ENDORSED**

# jackson lewis.

Representing Management Exclusively in W

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, S | | |
| ALBUQUERQUE, NM | HARTFORD, CT | | |
| ATLANTA, GA | HONOLULU, HI | | |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/10/2019

DIRECT DIAL: (914) 872-6920
EMAIL ADDRESS: JOSEPH.DIPALMA@JACKSONLEWIS.COM

## COURTESY COPY

July 10, 2019

**VIA ECF & VIA ALCarterNYSDChambers@nysd.uscourts.gov**
The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

                Re:    **Deshawn Dawson v. Leslie Feely Fine Art, LLC**
                      **Case No. 19-cv-00525 (ALC)**

Dear Judge Carter:

      This firm represents Defendant, Leslie Feely Fine Art, LLC, and was recently retained in the above-referenced matter. This letter is written pursuant to Rule 1(D) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint from July 11, 2019 through and including August 12, 2019.

      Plaintiff's counsel consents to this request. This request is made in light of our recent retention so that we will have sufficient time to review and analyze the allegations in this Complaint, speak with pertinent witnesses, review relevant documents, and determine an appropriate response. In addition, the parties would like additional time to discuss a potential resolution of this matter without further judicial intervention.

      This is Defendant's first request for an extension of this deadline. No other deadlines have been scheduled in this case.

      Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      JACKSON LEWIS P.C.

                                      By: */s/ Joseph J. DiPalma*
                                            Joseph J. DiPalma

**SO ORDERED:**

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
July 10, 2019